**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

SHAWN LACOUR                                     CIVIL ACTION

VERSUS                                           NUMBER: 05-2547

N. BURL CAIN, WARDEN,                            SECTION: "B"(5)
LOUISIANA STATE PENITENTIARY

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Shawn LaCour, is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 29th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE